IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DANIEL REITH, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO.: |
| v. | : | |
| | : | 09-CV-4398 |
| TREVI ICOS CORP., et al., | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 9th day of October 2013, it is **HEREBY ORDERED**:

1.) Plaintiff's motion to quash, (Doc. No. 79), is **GRANTED IN PART** and **DENIED IN PART**.

2.) The motion is **DENIED** insofar as it seeks to quash the subpoenas issued to Dr. Jack W. Shilling and Ms. Jennifer Bruno.

3.) The motion is **GRANTED** insofar as it sees to quash the subpoenas issued to Dr. Michael J. Vavrek, Dr. Aparna Tamaskar, and McKinney Drilling Company.

BY THE COURT:

<u>C. Darnell Jones II, J.</u>
C. DARNELL JONES II, J.