# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL REITH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION NO.:** |
| v. | : | |
| | : | **2:09-CV-4398-CDJ** |
| **SOILMEC S.P.A. et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 30th day of January 2014, it is hereby **ORDERED** that, in light of correspondence from the parties indicating that this case has been amicably resolved, the above-captioned matter is **PLACED IN SUSPENSE** pending the finalization of settlement.

BY THE COURT:

/s/ C. Darnell Jones  II,  J
C. DARNELL JONES  II,  J.