IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL REITH, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civil Action No. 09-4398 |
| : | |
| SOILMEC S.P.A., SOILMEC NORTH : | |
| AMERICA and AMERICAN EQUIPMENT & : | |
| FABRICATING CORP. : | |
| : | |
| Defendants : | |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned matter has been settled and is voluntarily dismissed with prejudice against all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**SHERIDAN & MURRAY, LLC**

BY: /s/ Christopher D. Hinderliter
Thomas W. Sheridan, Esquire
Christopher D. Hinderliter, Esquire
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 977-9500
*Counsel for Plaintiff, Daniel Reith*

**MCMAHON, MARTINE & GALLAGHER, LLP**

BY: /s/ Robert N. Paessler
Robert N. Paessler, Esquire
404 Market Street
Trenton, NJ 08611
(609) 396-2999
*Counsel for Defendants, Soilmec NA and Soilmec, S.p.A.*

**JACOBY DONNER, P.C.**

BY: /s/ Margaret M. Underwood
Margaret M. Underwood, Esquire
Allie J. Hallmark, Esquire
1700 Market Street, Suite 3100
Philadelphia, PA 19103
(215) 563-2400
*Counsel for Defendant, American Equipment & Fabricating Corp.*